IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SETH FARREN LEE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | CV 21-106-BLG-KLD<br><br>ORDER |

Defendant electronically filed the certified administrative record in this matter on April 4, 2022. (Doc. 9.) **IT IS HEREBY ORDERED** that on or before **June 21, 2022,** Defendant shall submit to the Clerk's Office, at the Russell Smith Courthouse, 201 East Broadway, Missoula, MT 59802, a courtesy copy of the electronically filed certified administrative record.

DATED this 7th day of June, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge